CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 3 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **DONALD JOHNSON,** | ) | Civil Action No. 7:12cv00504 |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **v.** | ) | |
| | ) | |
| **S.W.V.R.J.A.,** | ) | By: Samuel G. Wilson |
| **Defendant.** | ) | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice

pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim, and this matter is **STRICKEN**

from the court's active docket.  The Clerk is directed to send a certified copy of this order and

the accompanying memorandum opinion to the plaintiff.

  **ENTER**: November 13, 2012.

_____
UNITED STATES DISTRICT JUDGE