CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 13 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD JOHNSON,<br>    Plaintiff, | Civil Action No. 7:12cv00504 |
| v. | **FINAL ORDER** |
| S.W.V.R.J.A.,<br>    Defendant. | By: Samuel G. Wilson<br>United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim, and this matter is **STRICKEN** from the court's active docket. The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: November 13, 2012.

_____
UNITED STATES DISTRICT JUDGE